AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

STEVEN STENTZ )
*Plaintiff* )
v. ) Case No.  8:23-CV-01321-SDM-AEP
CITY OF DUNEDIN )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STEVEN STENTZ.

Date: 06/14/2023

s/ Jeremy D. Bailie
*Attorney's signature*

Jeremy D. Bailie  FBN: 118558
*Printed name and bar number*
5453 Central Avenue
St. Petersburg, FL 33710

*Address*

jeremy.bailie@webercrabb.com
*E-mail address*

(727) 828-9929
*Telephone number*

(727) 828-9924
*FAX number*