UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN STENTZ,

    Plaintiff,

v.

THE CITY OF DUNEDIN,

    Defendant.

Case No. 8:23-cv-01321-SDM-AEP

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**
**(filed through a limited appearance)**

    Defendant, the City of Dunedin ("City), moves to extend the time for serving its response to Plaintiff's Complaint and Demand for Jury Trial [DE 1] by 30 days to September 7, 2023. Fed. R. Civ. P. 6(b)(1)(A). The undersigned attorney makes a limited appearance in this case for the limited purpose of seeking an extension of time on the City's behalf.[1]

---

[1] The undersigned's firm serves as general counsel for the City. As of the time of filing this motion, the undersigned's firm has not been retained to represent the City as litigation counsel in this action. To protect the City against default until such time as it engages litigation counsel, this motion is being filed on behalf of the City through a limited appearance only. The City does not waive any defenses or other rights in this proceeding by seeking this extension of time via a limited appearance.

1

This lawsuit was commenced on July 14, 2023. [DE 1.] The City was served with process on July 18, 2023, and its response to the complaint is currently due on August 8, 2023. Fed. R. Civ. P. 12(a)(1)(A)(i).

Additional time is needed to allow the City to engage counsel to represent it in this case, and to allow counsel adequate time to prepare a response on the City's behalf. Therefore, the City seeks a 30-day extension of time to respond to the complaint. If the requested extension is granted, the City's response to the complaint will be due on September 7, 2023.

## MEMORANDUM OF LAW

A district court, for good cause shown, may at any time in its discretion order enlargement of a time period prescribed by the federal rules when such motion is made prior to the expiration of the period originally prescribed. Fed. R. Civ. P. 6(b)(1)(A); *Heller Bros. Packing Corp. v. Illinois Union Ins. Co.,* No. 6:18-cv-1668-ORL-78DCI, 2020 WL 6270890, at *1 (M.D. Fla. Sept. 8, 2020) (citing Fed. R. Civ. P. 6(b)(1)(A)).

This motion is filed before the original time period for City to respond to the complaint has expired; the Plaintiff will not be prejudiced by the short extension of time requested; and the extension is necessary for the City to engage legal counsel to represent it, and to allow the legal counsel the City engages sufficient time to prepare a response to the complaint.

This is the City's first request for an extension of time. This request is made in good faith and not for the purpose of delay or for any other improper purpose.

Accordingly, the City respectfully requests that the Court enter an order granting the City a 30-day extension of time, until **September 7, 2023**, in which to respond to the complaint.

## Local Rule 3.01(g) Certification

The undersigned certifies that the movant conferred with counsel for the Plaintiff regarding the relief sought in this motion via email, who advised that the Plaintiff has "no objection with the understanding that we do not expect appearing defense counsel to ask for another extension."

Dated: August 3, 2023.            *s/Elizabeth W. Neiberger*
ELIZABETH W. NEIBERGER
FL Bar No. 70102
JAMIE A. KILPATRICK
FL Bar No. 103267
BRYANT MILLER OLIVE P.A.
One Tampa City Center, Suite 2700
Tampa, FL 33602
(813) 273-6677 (Telephone)
(813) 223-2705 (Fax)
eneiberger@bmolaw.com
cmiller@bmolaw.com (secondary)
jkilpatrick@bmolaw.com
mbachman@bmolaw.com (secondary)
*Limited Appearance on behalf of Defendant*

3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing document was filed electronically through the clerk of the court by using the CM/ECF system, and that a true and correct copy was served on the following registered users electronically via notice of electronic filing email generated by the CM/ECF system, on August 3, 2023.

    Timothy W. Weber, Esq.
    Jeremy D. Bailie, Esq.
    Webber, Crabb, & Wein, P.A.
    5453 Central Avenue
    St. Petersburg, Florida 33710
    timothy.weber@webercrabb.com
    jeremy.bailie@webercrabb.com
    lisa.willis@webercrabb.com (Secondary)
    *Counsel for Plaintiff*

                                                            s/*Elizabeth W. Neiberger*
                                                            Elizabeth W. Neiberger