UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN STENTZ,

    Plaintiff,

v.                                        CASE NO. 8:23-cv-1321-SDM-AEP

CITY OF DUNEDIN,

    Defendant.
_____/

**ORDER**

The defendant moves (Doc. 8) unopposed to extend by thirty days the time within which to respond to the complaint. The motion (Doc. 8) is **GRANTED**. The defendant must respond to the complaint not later than **SEPTEMBER 7, 2023**.

ORDERED in Tampa, Florida, on August 4, 2023.

                                                              STEVEN D. MERRYDAY
                                                              UNITED STATES DISTRICT JUDGE