UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN STENTZ,

    Plaintiff,

v.                            CASE NO. 8:23-cv-1321-SDM-AEP

CITY OF DUNEDIN,

    Defendant.
_____/

## **ORDER**

The defendant with no opposition from the plaintiff requests (Doc. 28) leave for the lead counsel's absence from the mediation. The motion is **GRANTED**. The defendant's lead counsel need not appear at the mediation on November 20, 2023.

ORDERED in Tampa, Florida, on October 20, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE