**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Steven Stentz,**

**Plaintiffs**

**v.**                                              CASE NO: **8:23-cv-01321-SDM-AEP**

**City of Dunedin, Florida,**

**Defendant**
**_____/**

**Mediation Report**

A mediation conference was held on November 20, 2023, before the undersigned certified mediator in the aforementioned case. All parties attended, participated in the mediation conference, and each possessed the requisite settlement authority.  The case is temporarily impassed and, it is understood by all that the mediation may be continued at a later date.

    Filed this 29th day of July November 2023, in Tampa, Florida.

 

_____
Lynn H. Cole
Florida Circuit Civil Certified Mediator
Law Offices of Lynn Cole, P.A.
301 West Platt Street, Suite 409
Telephone: 813/223-7009
Email:  **adr@LynnCole.com**
Web site:  www.lynncole.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 29, 2023,  I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of an electronic filing to the parties in this action.

Lynn H. Cole, Esq.
