**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.: 8:23-cv-1321**

STEVEN STENTZ,

    Plaintiff,

v.

THE CITY OF DUNEDIN
A municipality and political
Subdivision of the State of Florida,

    Defendant.
_____/

**NOTICE OF APPEARANCE AND**
**DESIGNATION OF E-MAIL ADDRESS**

**PLEASE TAKE NOTICE** that **Thomas F. Brink, Esq. and Mayda Z. Mallory, Esq.**, of BOYD RICHARDS PARKER & COLONNELLI, P.L., 400 N. Ashley Drive, Suite 1150, Tampa, Florida 33602, hereby give notice of appearance as counsel in this case for Defendant, THE CITY OF DUNEDIN and ask that all pleadings, notices, correspondence and other papers be served upon the following:

    Thomas F. Brink, Esq.
    tbrink@boydlawgroup.com

    Mayda Z. Mallory, Esq.
    mmallory@boydlawgroup.com

    Tampa Firm Service E-mail Address
    ServiceTPA@boydlawgroup.com

Dated: December 19, 2023.

                      Respectfully submitted,

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**
*Counsel for Defendant*
400 N. Ashley Drive, Suite 1150
Tampa, Florida 33602
Tel: (813) 223-6021
Fax: (813) 223-6024
Service Pleadings:
ServiceTPA@boydlawgroup.com

By: */s/ Thomas f. Brink*
      **THOMAS F. BRINK ESQ.**
      Florida Bar No. 0467642
      Tboyd@boydlawgroup.com
      kbarberan@boydlawgroup.com
      **MAYDA Z. MALLORY ESQ.**
      Florida Bar No. 1010798
      Mmallory@boydlawgroup.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 19, 2023 , I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.   I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or Parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ Thomas F. Brink
      **Thomas F. Brink, Esq.**

## SERVICE LIST

**Timothy Webber, Esq.**
**Jeremy D. Bailie, Esq**
WEBER, CRABB & WEIN, P.A.
5453 Central Avenue
St. Petersburg, FL 33170
jeremy.bailie@webercrabb.com;
timothy.weber@webercrabb.com;

*Counsel for Plaintiff*