UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN STENTZ,

    Plaintiff,

v.                                      Case No. 8:23-cv-01321-AEP

THE CITY OF DUNEDIN
A municipality and political
Subdivision of the State of Florida,

    Defendant.
_____/

## **ORDER**

    The parties notified the Court via email that they have reached an agreement on the terms of settlement in this case, subject only to final approval of the City Commission. Accordingly, pursuant to Local Rule 3.09(b), this action is DISMISSED WITHOUT PREJUDICE to the right of any party, within sixty (60) days from the date of this Order, to re-open the case for entry of a stipulated final order or a judgment or for further proceedings.[1] The Clerk is directed to (1) administratively close the case and (2) terminate all pending deadlines.

---

[1] The parties may request an extension of this 60-day deadline if necessary.

DONE AND ORDERED in Tampa, Florida, on this 19th day of February 2025.

*[signature]*

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record