UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN STENTZ,

    Plaintiff,

v.                                                                                  Case No.: 8:23-cv-1321

THE CITY OF DUNEDIN,
a municipality and political
subdivision of the State of Florida,

    Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

The Parties, by and through their undersigned counsel, and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate and agree to the dismissal of this action with prejudice.

Jointly submitted this 16th day of April, 2025.

| | |
|---|---|
| *s/ Thomas F. Brink* | *s/ Timothy W. Weber* |
| Thomas F. Brink, Esq. | Timothy W. Weber, Esq. |
| FBN: 467642 | FBN: 86789 |
| Mayda Z. Mallory, Esq. | timothy.weber@webercrabb.com |
| FBN: 1010798 | lisa.willis@webercrabb.com |
| Todd W. Boyd, Esq. | WEBER, CRABB & WEIN, P.A. |
| FBN: 770558 | 5453 Central Avenue |
| BOYD RICHARDS PARKER & COLONNELLI, P.A. | St. Petersburg, FL 33710 |
| 100 SE 2nd Street, Suite 2600 | Telephone: (727) 828-9919 |
| Miami, FL 33131 | Facsimile: (727) 828-9924 |
| Tel: 786-425-1045 | ATTORNEYS FOR STEVEN STENTZ |

Fax: 786-425-3905
tbrink@boydlawgroup.com
Mmallory@boydlawgroup.com
Tboyd@boydlawgroup.com
Attorneys for THE CITY OF DUNEDIN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2025, I filed this stipulation using the CM/ECF, which will electronically serve Mayda Z. Mallory, Esq., Thomas F. Brink. Esq., and W. Todd Boyd, Esq. at tboyd@boydlawgroup.com, Mmallory@boydlawgroup.com, tbrink@boydlawgroup.com, serviceTPA@boydlawgroup.com, and serviceMIA@boydlawgroup.com.

    s/ *Timothy W. Weber*
Timothy W. Weber, Esq.
FBN: 86789
timothy.weber@webercrabb.com
lisa.willis@webercrabb.com
WEBER, CRABB & WEIN, P.A.
5453 Central Avenue
St. Petersburg, FL  33710
Telephone: (727) 828-9919
Facsimile: (727) 828-9924
ATTORNEYS FOR STEVEN STENTZ

2